

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2018

No. 04-16-00831-CV

**WONG GROCERY CO., LLC**,
Appellant

v.

Patrick **LAMBKIN**, Felipe Valdez dba Raw Happiness Juice Bar,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10644
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The appellee's motion for leave to extend time to file a petition for rehearing or motion for rehearing en banc is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court